UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**John Moran, Plaintiff**<br><br>**VS.**<br><br>**BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | Master File No. 5:18-md-2809-KKC<br><br>HON. KAREN K. CALDWELL<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Case No.: |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff, John Moran, is a resident and citizen of Vero Beach, Florida and claims damages as set forth below.

2. Plaintiff brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself*];

1

☐ In representative capacity as the [*INSERT NATURE OF REPRESENTATION (e.g., Administrator of the Estate of ___....)*], having been duly appointed on [*INSERT DATE*] by the [*INSERT COURT*]. A copy of the Letters of Administration or Letters Testamentary for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent. [*Cross out if not applicable.*]

3. State in which Plaintiff(s) allege(s) injury:   Florida.

4. Defendants [*check Defendants against whom Complaint is made*]:

    ☒ Bristol-Myers Squibb Company

    ☒ AstraZeneca Pharmaceuticals, LP

    ☒ McKesson Corporation

5. Jurisdiction is proper based upon diversity of citizenship.

6. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is US District Court for the Southern District of Florida.

## FACTUAL ALLEGATIONS

7. Around 2014, Dr. David Milbauer prescribed *KOMBIGLYZE XR* to treat Plaintiff for type 2 diabetes.

8. During the time of usage of *KOMBIGLYZE XR*, Plaintiff was a resident and citizen of Lake Worth, Florida.

9. Neither Plaintiff nor Dr. David Milbauer knew or had reason to know that

2

*KOMBIGLYZE XR* could cause heart failure or congestive heart failure.

10. As a result of taking *KOMBIGLYZE XR*, on or about December 17, 2017, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. Rebecca Lehnhoff at Martin Memorial Health Systems in Stuart, Florida on December 19, 2017.

**ALLEGATIONS AS TO INJURIES**

11. Plaintiff claims damages as a result of [*Check all that are applicable*]:

☒ Injury to self

☐ Injury to the person represented

☐ Wrongful death

☐ Survivorship action

☒ Economic loss

☐ Loss of consortium

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

13. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

☒ Count I – Strict Liability/Design Defect

☒ Count II – Negligence

☒ Count III – Strict Liability/Failure to Warn

☒ Count IV – Breach of Warranty of Merchantability

☒ Count V – Breach of Express Warranty

☒ Count VI – Breach of Implied Warranty

☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of Florida

☐ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☒ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

## PRAYER FOR RELIEF

Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 01/09/2020

Respectfully submitted,

/s/ Frank Petosa
Frank M. Petosa
FL Bar No. 972754
Morgan & Morgan
Complex Litigation Group
8151 Peters Rd #400
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile: (954) 327-3018

        Attorney for Plaintiff

/s/ Henry Watkins
Henry Watkins
FL Bar No. 115845
Morgan & Morgan
Complex Litigation Group
8151 Peters Rd #400
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile: (954) 327-3018
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing will be electronically uploaded via the CM/ECF System, which will provide electronic service and notification to all counsel of record who are registered as CM/ECF users.

This 9th day of January 2020,

/s/ Frank M. Petosa
Frank M. Petosa